**DISMISS and Opinion Filed November 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00656-CV**

**HERBERT HARRIS JR., Appellant**
**V.**
**DALLAS COUNTY, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-20-01073**

## MEMORANDUM OPINION

Before Justices Schenck, Smith, and Garcia
Opinion by Justice Garcia

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcard dated August 3, 2021, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated August 3, 2021, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated October 13, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's

record. We directed appellant to provide, within ten days, verification that he (1) had either paid for or made arrangements to pay for the record, or (2) is entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE

210656F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

HERBERT HARRIS JR., Appellant

No. 05-21-00656-CV      V.

DALLAS COUNTY, Appellee

On Appeal from the 95th District Court, Dallas County, Texas

Trial Court Cause No. TX-20-01073. Opinion delivered by Justice Garcia. Justices Schenck and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered November 5, 2021